# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 6D2024-0823
Lower Tribunal No. CF20-008002-XX

—————————————————

STATE OF FLORIDA,

Appellant,

v.

JOHNNY R. MACKEY, III,

Appellee.

—————————————————

Appeal from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

November 18, 2025

PER CURIAM.

AFFIRMED.

WHITE, MIZE and GANNAM, JJ., concur.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellant.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED